Case: 5:22-cv-00042-DCB-~~RHWR~~ BWR

Michael Floyd Wilson # 29893
Walnut Grove Correctional Facility
P.O. Box 389
1650 Hwy 492
Walnut Grove, MS 39189



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 15 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

---

Dear Clerk

I've sent to The Honorable court a copy of my Medical bills and The balance owed To Federal court For Filing Fees. For discovery issues in Plaintiff's action, against M.T.C. Michael Floyd Wilson v. M.T.C. 5:22-CV-00042-DCB-~~___~~ BWR

Respectfully Submitted
By: Michael Wilson 29893

February 6, 2023

29893  WILSON, MICHAEL FLOYD  WGCF, WGCF 6D, BED 007L

# WGCF

## Resident Activity Report

| | | | | |
|---|---|---|---|---|
| Resident Id: | 29893 | | Run Date: | 01/31/2023 |
| Full Name: | WILSON, MICHAEL FLOYD | | From: | 12/01/2022 |
| Housing: | WGCF, WGCF 6D, BED 007L | | To: | 01/31/2023 |

### Beginning Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Excess Phone Use | $0.00 | -$49.00 | $0.00 |
| Federal Court | $0.00 | -$1050.00 | $0.00 |
| ID Cards | $0.00 | -$3.00 | $0.00 |
| Legal Postage | $0.00 | -$3.10 | $0.00 |
| Medical | $0.00 | -$961.76 | $0.00 |
| Wilkinson Legal Postage | $0.00 | -$0.47 | $0.00 |
| | $0.00 | -$2067.33 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Excess Phone Use | $0.00 | -$49.00 | $0.00 |
| Federal Court | $0.00 | -$1050.00 | $0.00 |
| ID Cards | $0.00 | -$3.00 | $0.00 |
| Legal Postage | $0.00 | -$3.10 | $0.00 |
| Medical | $0.00 | -$961.76 | $0.00 |
| Wilkinson Legal Postage | $0.00 | -$0.47 | $0.00 |
| | $0.00 | -$2067.33 | $0.00 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 6329820 | 12/05/2022 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6398280 | 12/30/2022 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6420247 | 01/07/2023 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6456194 | 01/19/2023 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6456970 | 01/20/2023 | Commissary Group Assignment | | | | $0.00 | -$2067.33 | $0.00 |

# WGCF
## Resident Activity Report

Resident Id: 29893
Full Name: WILSON, MICHAEL FLOYD
Housing: WGCF, WGCF 5A, BED 027L

Run Date: 11/08/2022
From: 09/01/2022
To: 11/08/2022

### Beginning Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Excess Phone Use | $0.00 | -$49.00 | $0.00 |
| Federal Court | $0.00 | -$1050.00 | $0.00 |
| ID Cards | $0.00 | -$3.00 | $0.00 |
| Legal Postage | $0.00 | -$3.10 | $0.00 |
| Medical | $0.00 | -$961.76 | $0.00 |
| Wilkinson Legal Postage | $0.00 | -$0.47 | $0.00 |
| | $0.00 | -$2067.33 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Excess Phone Use | $0.00 | -$49.00 | $0.00 |
| Federal Court | $0.00 | -$1050.00 | $0.00 |
| ID Cards | $0.00 | -$3.00 | $0.00 |
| Legal Postage | $0.00 | -$3.10 | $0.00 |
| Medical | $0.00 | -$961.76 | $0.00 |
| Wilkinson Legal Postage | $0.00 | -$0.47 | $0.00 |
| | $0.00 | -$2067.33 | $0.00 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 6100230 | 09/07/2022 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6127991 | 09/19/2022 | Sale | Debit Sale | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6179059 | 10/06/2022 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |
| 6180651 | 10/07/2022 | Change Housing | Automated Housing Change | | $0.00 | $0.00 | -$2067.33 | $0.00 |

| Ending Balances | | | | | | $0.00 | -$2067.33 | $0.00 |