Case # 5:22-CV-00042-DCB-BWR


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jun 14 2023
ARTHUR JOHNSTON, Clerk

Wilson v. M.T.C.

## Response To Summary Judgment

Comes Now Plaintiff Michael Floyd Wilson #29893 with (His response To Motion For Summary Judgment,) Filed by defendants on 4-10-2023.

Plaintiff ask/requested To be moved From W.C.C.F. on July 27, 2021 due To being in Fear of losing His life at The hands of gang members, on several diferent times He got Thearets on His life. He was Then placed in another unit insted of being Moved To another Prison. Therefore M.T.C. Officals Had The requisite knowledge of a substantial risk of Harm existed. and instead of Moving Him To a safer/andor another Prison. These defendants Placed The Plaintiff right down The Hallway From The Thearet/Problem. They Told Mr Wilson He would be safe From any Harm That No gang members were allowed on The unit-P-Pod That it Housed inmates (40) Years of age and older. but They broke Their own rule by allowing Mr. Tevin Stricklen To be Housed on unit P-Pod at Just (30) Years of age. and The defendants were deliberately indifferent To

(1)

Case # 5:22-CV-00042-DCB-BWR

His Need For Protection Neals V. Norwood (5th Civ, 1995) The defendants knew of/and or were aware of The Fact That Wilson Needed Protection after He requested To be Moved Several Times From That cell With Stricklen due To Stricklen Making remarks To others That He would get Mr. Wilson While He was asleep. Mr Wilson ask casemanager Ms Turner For a Red Tag Form To File against Mr Stricklen, She Told Mr Wilson He didn't need To because She was going To be Moving Stricklen Off of The unit any day due To His age. So These Officials Had been Notified That Wilson was in Fear of His life by sleeping in That cell With Stricklen and They did Not Separate Them even Though They were aware of The (Fact) That Stricklen posed a risk To Mr Wilson's life. This act by defendants shows That They acted with (deliberate indifference) There Fore defendants Motion Should Not be granted For Summary Judgment. Wilson Has by Showing These Specific Facts demonstrated That There is a genuine issue For Trial, in Favor of The Plaintiff...

Respectfully Submitted
BY: Michael Wilson 29893

May 21, 2023
