5:22-CV-00042-DCB-BWR Wilson V. M·T·C

(Memorandum To: Honorable First Judge B. Rath)

SOUTHERN DISTRICT OF MISSISSIPPI
DEC 0 4 2023
BY _____ DEPUTY
ARTHUR JOHNSTON

Your honor as I testified back
in Natchez, I was assaulted by my Cell
mate Tevin Strickland with a steel Pad-
lock after Constantly requesting daily to be
moved to another Prison, and this request
went on for weeks unanswered! I asked
A Warden, A Major, Unit manager, and also a
Case manager to be moved, because of the
fear I had of loosing my life at the hands
of Strickland. It Wasn't until after I had
gotten assaulted was I moved, therefore they
were deliberately - indifferent to my need
for protection! M.T.C was also Wrong by
housing Strickland with myself (Wilson) on
Unit P-Pod which only supposed to house
Inmates 40 years of age and older. Strick-
land was only 30 years of age at the time.

I requested to red-tag Strickland, but
the Unit manager, Ms. Turner stated that she
Would move him due to his age. I had to
have painful - Major Surgery to my face and

Which left my nerves severe ruptured and offline. I have permenant nerve damage and screws in my face because of this uncared for technicality. Also I have to be on pain medications for the rest of my life due to this Altercation of unprofesionalism of Someone who's here to protect and serve.

Respectfully Submitted by:

Michael Wilson #29893
W·G·C·F Walnut Grove, MS
11-27-2023